MINUTE ENTRY
MORGAN, J.
April 16, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NOAH HANSARD,**     Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2332** |
| **THE BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL.,**     Defendants | **SECTION: "E" (4)** |

## MINUTE ENTRY

A status conference was held on April 16, 2025, at 11:00 a.m., in the chambers of Judge Susie Morgan.

Present:   Andrew Bizer and Eva Kalikoff, counsel for Plaintiff, Noah Hansard; Jeffrey Kessler and Brandon DeCuir, counsel for Defendants, The Board of Supervisors for the University of Louisiana System and Richard Gallot, Jr.

The parties and the Court discussed the status of the case.

**New Orleans, Louisiana, on this 16th day of April, 2025.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:11)