UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **NOAH HANSARD** | **CIVIL ACTION** |
| **VERSUS** | **NO:   24-2332** |
| **BOARD OF SUPERVISORS FOR THE UNIVERSITY OF LOUISIANA SYSTEM, ET AL** | **SECTION: "E" (4)** |

### SETTLEMENT CONFERENCE ORDER

This case has been scheduled for a Settlement Conference. All **lead counsel are ORDERED TO APPEAR on JULY 9, 2025, at 10:00 AM before the undersigned Magistrate Judge, United States Courthouse, Hale Boggs Federal Building, 500 Poydras Street, Room B-437, New Orleans, Louisiana.**

Each party shall email, in confidence, a concise position letter or memorandum **outlining the settlement position of the party, including the case number, case name, and be no longer than three pages double spaced** of the evidence the party expects to produce at trial **no later than two (2) days before the conference**. Email letter to:  efile-roby@laed.uscourts.gov.

**The subject line should read: "24-2332E-07/09/25 "*(Plaintiff's or Defendant's)* Paper".**

It is the duty of the parties to notify the undersigned if this case is continued, settled, or otherwise disposed of prior to the date of the scheduled settlement conference, so that the matter may be removed from the Court's docket.

Settlement Conferences are often unproductive, unless all counsel have authority to settle or access to someone with authority to settle during the conference. *Before arriving* at the Settlement **Conference the parties are to negotiate and make a good faith effort to settle the case without the involvement of the court. Specific proposals and counter proposals shall be made.** Although optional during the initial conference, participation of parties in addition to counsel would likely

increase the efficiency and effectiveness of the Settlement Conference. Therefore, counsel are encouraged to bring their clients to participate in the conference.

New Orleans, Louisiana, this 21st day of April 2025

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**